| | |
|---|---|
| IN RE: | Case No. 3:16-bk-03505 |
| Alexander Dabney | |
| 5877 Parliament Dr | Chapter 13 |
| Columbus, OH 43213 | |
| SSN: xxx-xx-8831 | Judge Randal S. Mashburn |
| | |
| Debtor | |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:** November 24, 2016
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:** Wednesday, December 7, 2016 at 8:30 a.m. in Courtroom One, Second Floor, 701 Broadway, The Customs House, Nashville, TN 37203

## NOTICE OF MOTION TO MODIFY CHAPTER 13 PLAN

The Debtor has asked the Court for the following relief: permission to modify Chapter 13 plan.
YOUR RIGHTS MAY BE AFFECTED.
If you do not want the court to grant the attached motion, or if you want the court to consider your views on the motion, then on or before November 24, 2016, you or your attorney must:

1. File with the court your written response or objection explaining your position at:

   By Mail: U.S. Bankruptcy Court, 701 Broadway, Room 170, Nashville, TN 37203
   In Person: U.S. Bankruptcy Court, 701 Broadway, Room 170, Nashville, TN 37203
   (Monday- Friday, 8:00 a.m. – 4:00 p.m.)

2. Your responses must state that the deadline for filing responses: **November 24, 2016**, the date of the scheduled hearing is: **December 7, 2016** and the motion to which you are responding is: MOTION TO MODIFY CHAPTER 13 PLAN.

   If you want a file stamped copy returned, you must include an extra copy and a self-addressed, stamped envelope.

3. You must also mail a copy of your response to:

   James A. Flexer, 1900 Church Street, Suite 400, Nashville, TN 37203, and see Certificate of Service for additional parties to serve (attached hereto)

If a timely response is filed, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE***. You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's web site at www.tnmb.uscourts.gov. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.
If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.

Date: 11/03/2016  Signature: _/s/ James A. Flexer_
                  Name:      Law Offices of James A. Flexer
                  Address:   1900 Church Street, Suite 400, Nashville, TN 37203

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE:<br>Alexander Dabney<br>5877 Parliament Dr<br>Columbus, OH 43213<br>SSN: xxx-xx-8831<br><br>Debtor | }<br>}<br>}<br>}<br>}<br>}<br>} | Case No. 3:16-bk-03505<br><br>Chapter 13<br><br>Judge Randal S. Mashburn |

## MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW the Debtor, by and through counsel, and would move this Honorable Court for permission to modify the Chapter 13 plan pursuant to 11 U.S.C. § 1329.

The Debtor's Chapter 13 proceeding was filed on May 16, 2016, and a plan was confirmed on July 13, 2016, paying a dividend of 80% to unsecured creditors.

As grounds, the Debtor would state the following:

1. The Debtor seeks permission to modify his Chapter 13 plan because the Debtor is now legally blind and had to move back to Ohio to be near family. Due to the Debtor's disability, the Debtor had to take a new job which has reduced his income substantially.

2. The Debtor seeks permission to modify his plan to reflect these changes.

3. The Debtor's Chapter 13 plan allows such modification and will allow the Debtor to successfully complete his Chapter 13 plan and reorganize his estate.

4. The dividend to general unsecured creditors shall decrease to 1% and the Debtor will surrender future tax refunds.

5. Attached is an amended family budget along with a certification of the Debtor.

## STATEMENT OF IMPACT

6. The Debtor's Chapter 13 plan payment shall decrease to $275.00 bi-weekly.

7. The dividend to general unsecured creditors will decrease to 1% and the Debtor will surrender future tax refunds.

8. The new base shall be $47,358.98, increased by future tax refunds.

9. The unsecured pool shall be zero.

10. A new payroll deduction shall issue to Taylor Management, 1165 Dublin Road, Suite 200, Columbus, Ohio 43215.

11. There shall be no change in treatment to other secured creditors.

12. No other terms of the confirmation order shall be affected by this modification.

Respectfully submitted,

_/s/ James A. Flexer_
James A. Flexer, BPR #9447
Attorney for Debtor
Law Offices of James A. Flexer
1900 Church Street, Suite 400
Nashville, TN 37203
(615) 255-2893
fax: (615) 242-8849
cm-ecf@jamesflexerconsumerlaw.com

Sheet1

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| IN RE: | Dabney, Alexander | CASE NO: | 16-03505 |
|---|---|---|---|
| | | CHAPTER 13 | |
| | | JUDGE | Randal S. Mashburn |

| | OLD | NEW | INCOME | OLD | NEW |
|---|---|---|---|---|---|
| Date of Budget | | | | | |
| Rent/Mortgage Payment | $1,115.00 | $865.00 | Debtor's net pay | $3,675.00 | $2,594.00 |
| **UTILITIES** | | | Spouse's net pay | | |
| Electric | $140.00 | $125.00 | Regular Other | | |
| Water | $45.00 | $35.00 | Income | | |
| Heat | | | Support/Alimony | | |
| Telephone | $200.00 | $130.00 | Pension/SS/VA | | |
| Trash | | | Misc. Income | | |
| Cable | $180.00 | $101.00 | **TOTAL INCOME** | **$3,675.00** | **$2,594.00** |
| **Total Utilities** | **$565.00** | **$391.00** | Total Expenses | $2,276.00 | $1,999.00 |
| Food | $150.00 | $200.00 | | | |
| Clothing | $25.00 | $25.00 | Plan Payment | $1,399.00 | $595.00 |
| Laundry and Dry Cleaning | $25.00 | $25.00 | Total Expenses | | |
| Newspapers, Books, etc. | $2.00 | $0.00 | plus Plan Payment | **$3,675.00** | **$2,594.00** |
| Medical and Dental | $50.00 | $115.00 | | | |
| Transportation | $150.00 | $125.00 | Difference: | **$0.00** | **$0.00** |
| **INSURANCE** | | | | | |
| Auto | $160.00 | $253.00 | **DEPENDANTS** | 0 | 0 |
| Life | | | | | |
| Home | | | | | |
| Renters | | | | | |
| Other | | | **Statement of Impact** | | |
| Property taxes | | | | | |
| Health Insurance | | | Duration of Plan | 60 | 60 |
| **Total Insurance** | **$160.00** | **$253.00** | Dividend to U/S | 80% | 1% |
| Taxes (not deducted from wages) | | | | | |
| Child support | | | Change in treatment | | |
| Home Maintenance | $34.00 | $0.00 | to Secured Creditors | | |
| Other Monthly Expenses(explain) | | | | | |
| Haircuts/toiletries/cleaning supplies | | | | | |
| Total Monthly Expenses | **$2,276.00** | **$1,999.00** | | | |

## CERTIFICATION

I, the undersigned, do hereby certify under penalties of perjury that I have read and understood the foregoing amended monthly family budget and it is true and correct to the extent of my knowledge, information, and belief.

<u>11/03/2016</u>  
Date

<u>/s/ Alexander Dabney</u>  
Debtor

_____  
Date

_____  
Debtor

**DRAFT**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br>Alexander Dabney<br>5877 Parliament Dr<br>Columbus, OH 43213<br>SSN: xxx-xx-8831<br><br>Debtor | Case No. 3:16-bk-03505<br><br>Chapter 13<br><br>Judge Randal S. Mashburn |

## PROPOSED ORDER GRANTING MOTION TO MODIFY CHAPTER 13 PLAN

It appears to the United States Bankruptcy Court for the Middle District of Tennessee that the Debtor filed a Motion to Modify Chapter 13 plan and notice of said motion has been given pursuant to L.B.R. 9013-1 to all parties in interest. It further appears to the Court that twenty-one (21) days have elapsed since the date of service of the motion and no responses have been forthcoming from any party in interest.

It is therefore ORDERED as follows:

1. The Debtor shall be permitted to modify his Chapter 13 plan due to a substantial decrease in income.
2. The Debtor's Chapter 13 plan payment shall decrease to $275.00 bi-weekly.
3. The dividend to general unsecured creditors shall be reduced to 1% and the Debtor will surrender future tax refunds to the plan.
4. The new base shall be $47,358.98, increased by future tax refunds.
5. A new payroll deduction order shall issue to Taylor Management, 1165 Dublin Road, Suite 200, Columbus, Ohio 43215.
6. The unsecured pool shall be zero.
7. No other terms of the confirmation order shall be affected by this modification.

IT IS SO ORDERED.

*This order was electronically signed and entered as indicated at the top of the first page.*

APPROVED FOR ENTRY:

*/s/ James A. Flexer*
James A. Flexer, BPR #9447
Attorney for Debtor
1900 Church Street, Suite 400
Nashville, TN 37203
(615) 255-2893
fax: (615) 242-8849
cm-ecf@jamesflexerconsumerlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2016, I furnished a true and correct copy of the foregoing to the following parties in interest:

| | |
|---|---|
| Henry E. Hildebrand, III<br>Chapter 13 Trustee<br>P.O. Box 340019<br>Nashville, TN 37203-0019 | Electronic |
| Sam Crocker, U.S. Trustee<br>318 Customs House, 701 Broadway<br>Nashville, TN 37203 | Electronic |
| Alexander Dabney<br>5877 Parliament Drive<br>Columbus, OH 43213 | U.S. mail first class |

26 notices have been served. I have mailed 24 notices.

/s/ James A. Flexer
James A. Flexer

Creditor

ADVANCE FINANCIAL
1901 CHURCH STREET
Nashville TN 37203

AMERICAN CAR CENTER
1635 BELL ROAD
Nashville TN 37211

Avid Acceptance Llc
6995 Union Park Center
Midvale UT 84047

AVID ACCEPTANCE LLC
6995 UNION PARK CENTER STE 450
MIDVALE UT 84047

BRIGHTON VALLEY APARTMENTS
500 BROOKSBORO TERRACE
Nashville TN 37217

Capital One
PO Box 30285
Salt Lake City UT 84130

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

CENTENIAL MEDICAL CENTER
P.O. BOX 740757
Cincinnati OH 45274

Central Credit Service
Po Box 7230
Overland Park KS 66207

COMMERICAL WATER AND ENERGY
PO BOX 653609
Miami FL 33265

Dept Of Ed/Navient
Attn: Claims Dept
PO Box 9400 Wilkes Barr PA 18773

DISTRICT AT SEVEN SPRING
300 SEVEN SPRINGS WAY
Brentwood TN 37027

Electric Service Cr Un
1214 Church St. Suite 100
Nashville TN 37203

Exeter Finance Corp
PO Box 166008
Irving TX 75016

Exeter Finance Corp.
P.O. Box 167399
Irving, TX 75016

HARPETH FINANCIAL SERVICES LLC
DBA ADVANCE FINANCIAL
c/o John R. Cheadle, Jr., Esq. 2404 Crestmoor Road Nashville, TN 37215

InSolve Auto Funding, LLC, c/o Capital Recovery Gr
Dept 3403
PO Box 123403 Dallas, TX 75312-3403

Navient Solutions Inc.
Department of Education Loan Services
P.O. Box 9635 Wilkes-Barre, PA 18773-9635

Creditor

**Receivable Solution Sp**
422 Main St
Natchez MS 39120

**STATE OF OHIO**
CHARLES MIFSUD, SPECIAL COUNSEL
326 S. HIGH STREET ANNEX, SUITE 201 Columbus OH 43215

**STONE & HINDS, P.C.**
RE: AVID ACCEPTANCE
507 GAY STREET S.W., STE. 700 Knoxville TN 37902

**UTILITY BILLING SERVICES**
PO BOX 31569
Clarksville TN 37040

**VANDERBILT MEDICAL GROUP**
DEPT 1208
PO BOX 121208 Dallas TX 75312